**WILSON HUNT v. AGNESS WAPLES, Administratrix.**

Supreme Court. Sussex. October 11, 1799.

*Wilson's Red Book, 258.*

*Mr. Broom,* plaintiff's attorney, at the first moved for a rule to plead by first rule day in vacation. *Wilson* thought the rule should be to plead by next term, which he said appeared to be the practice, and the Act of Assembly ([1 Del. Laws] 379) had fixed on the third term as the time when the parties should be obliged to come to trial, which might imply that that time should be allowed, but by this practice the second would be the trial court.

PER CURIAM. JOHNS, C. J. We think we have powers under that Act of Assembly to try causes at the second term; lay the rule to plead by first rule day.